**Earl S. GORDON, Plaintiff—Appellant,**

v.

**Harry CHASE, Executive Director; Maryland Health Care Department; Whitehead, Taylor and Preston L.L.P.; Louie W. Shaw, Attorney; Richard Kidwell; Elias Zerhouni, Md; Ronald Peterson, CEO; Sheila Sheths, Md; Arthur Burnett, Md; Ursela Wesselman, Md; Ray Stutzman, Md; Pamela Coleman, Md; Bou and Bou; *Government of the District of Columbia Department of Health;* Alfred F. Belcuore; Alex Kladakis, Doctor; Greater Baltimore Medical Center; L.H. Harris, Md; Paul Barnett, Md; Alan Belzburg, Md; The Johns Hopkins Hospital, Defendants—Appellees.**

No. 05–1246.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2005.

Decided: Aug. 1, 2005.

Earl S. Gordon, Appellant Pro Se.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl S. Gordon appeals the district court's orders denying relief on his civil complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gordon v. Chase,* No. CA–04–1013–AMD (D. Md. June 18, 2004; filed Feb. 17, 2005 & entered Feb. 22, 2005). Gordon's motion for a restraining order is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*